■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL PROCOPIO, Appellant. [641 NYS2d 533] —Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered July 16, 1992, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him, as a second violent offender, to a term of $12^1/_2$ to 25 years, unanimously affirmed.

We find that defendant's waiver of his right to appeal the sentence, which was in accordance with his plea bargain, was

knowingly, intelligently and voluntarily made, and that the issue he now raises as to whether his sentence was excessive is therefore nonreviewable (*People v Callahan*, 80 NY2d 273, 280, 285). In any event, if we were to review, we would find that the sentence reflects the gravity of the crimes committed and defendant's violent history, and was otherwise a proper exercise of discretion. Concur—Ellerin, J. P., Wallach, Kupferman, Williams and Mazzarelli, JJ.